IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TANDEM HEALTH CARE, INC.,           )
                                    )
              Plaintiff,            )
                                    )
         v.                         )    **2:04cv1312**
                                    )    **Electronic Filing**
TIG INDEMNITY COMPANY and           )
TIG PREMIER INSURANCE               )
COMPANY,                            )
                                    )
              Defendants.           )

## ORDER OF COURT

IT IS HEREBY ORDERED that the above-captioned case is scheduled for settlement/mediation before United States Magistrate Judge Francis X. Caiazza on **February 22, 2006 at 9:00 a.m.** All persons with authority to settle shall be present.


s/ Francis X. Caiazza
Francis X. Caiazza
United States Magistrate Judge


cc:
Hon. David S. Cercone

John R. Leathers, Esq.
Buchanan Ingersoll PC
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219

James L. Sowder, Esq.
Thompson, Coe, Cousins & Irons
700 North Pearl Street
25th Floor
Dallas, TX 75201-2832

Kathleen A. Gallagher, Esq.
Eckert, Seamans, Cherin & Mellott
44th Floor U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219